[No. 13685-2-I.   Division One.   January 28, 1985.]

DWAINE COVERSON, *Respondent,* v. THE CITY OF
SEATTLE CIVIL SERVICE COMMISSION,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-14970-5, Anthony P. Wartnik, J.,
entered August 2, 1983. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Corbett, C.J., Ringold, J.,
dissenting.

[Nos. 13574-1-I; 13623-2-I.   Division One.   January 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME
STEVEN TALLEY, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King
County, No. 83-1-01061-2, Jerome M. Johnson, J., entered
July 28 and August 10, 1983. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Williams and
Ringold, JJ.

[No. 6245-3-II.   Division Two.   January 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. TYRONE
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-1-00056-8, E. Albert Morrison, J., entered
March 18, 1982. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Petrich, JJ.